J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff,
Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Nike, Inc.,<br><br>  Plaintiff,<br><br>v.<br><br>Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her and Does 1 through 10, inclusive,<br><br>  Defendants. | Case No. C07-05606 JF<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF J. ANDREW COOMBS IN SUPPORT** |

Plaintiff Nike, Inc. ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter the default in this matter against Defendant Sean Andre Wofford ("Defendant") on the grounds that the Defendant has failed to respond to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

Plaintiff served the Summons and Complaint on Defendant on or about November 16, 2007.

Proof of service was previously filed with the Court on or about December 11, 2007.

/ / /

/ / /

Nike v. Wofford, et al.: Request for Entry of Default                - 1 -

1
2      The above stated facts are set forth in the accompanying declaration of J. Andrew Coombs
3  filed herewith.
4
5  DATED: December 14, 2007                    J. Andrew Coombs, A Professional Corp.
6
7                                              By:    J. Andrew Coombs
8                                                     Annie S. Wang
                                                Attorneys for Plaintiff Nike, Inc.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF J. ANDREW COOMBS

I, J. ANDREW COOMBS, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Nike, Inc., ("Plaintiff") in an action styled Nike, Inc., v. Sean Andre Wofford, an individual d/b/a Geared Up and Geared Up for Her, et al. I make this Declaration in support of Plaintiff's request that the Court Clerk enter default in this matter against Defendant. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I am informed and believe the Defendant was served with Summons and Complaint on or about November 16, 2007.

3. On or about December 11, 2007, Plaintiff filed the proof of service on Defendant with the Court.

4. To my knowledge, Defendant has never contacted Plaintiff's counsel.

5. On or about December 7, 2007, my office sent to Defendant a letter regarding the filing of this Request for Entry of Default. A true and correct copy of the letter is attached hereto as Exhibit A.

6. I am unaware of any response to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure, and have confirmed this on PACER on December 14, 2007. I am informed and believe that there has been no response to the Complaint from Defendant.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 14th day of December, 2007, at Glendale, California.

_____
J. ANDREW COOMBS

LAW OFFICES
## J. ANDREW COOMBS
A PROFESSIONAL CORPORATION
517 EAST WILSON AVENUE, SUITE 202
GLENDALE, CALIFORNIA 91206-5902
TELEPHONE (818) 500-3200
FACSIMILE (818) 500-3201

December 7, 2007

**Via First Class Mail**

Sean Andre Wofford
d/b/a Geared Up and Geared Up for Her
964 E. Santa Clara St.
San Jose, California 95113

      Re:    **Nike, Inc. v. Sean Andre Wofford, et al.**
                 Case No.: C07-05606 JF

Dear Mr. Wofford:

      Our records indicate that you were served on or about November 16, 2007, and were required to file an Answer to the Complaint on or before December 6, 2007.

      As there have been no extensions of time to respond, you are currently in technical default. Accordingly, we will request an entry of default against you on December 14, 2007, should we not receive an Answer to the Complaint or you not contact us by COB December 13, 2007.

      This letter is not a complete statement of Nike's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies or defenses in connection with this matter, all of which are expressly reserved.

Very truly yours,
J. Andrew Coombs, A P.C.

By: Jeremy Cordero
for Nike, Inc.

JJC:bm

**PROOF OF SERVICE**

   I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

   On December 14, 2007, I served on the interested parties in this action with the following:

- REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF J. ANDREW COOMBS IN SUPPORT

for the following civil action:

<u>Nike, Inc. v. Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her<br>964 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on December 14, 2007, at Glendale, California

_____
Jeremy Cordero