**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

December 20, 2007

RE:  CV 07-05606 JF         NIKE INC-v- SEAN ANDRE WOFFORD

Default is entered as to Defendant Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her on 12/18/2007.

RICHARD W. WIEKING, Clerk

*Gordana Macic*

by Gordana Macic  
Case Systems Administrator

NDC TR-4  Rev. 3/89