# Exhibit A





# Exhibit B



EXHIBIT B PG 4 - 25



AIR JORDAN 3 RETRO

WHITE/BLUE

MADE IN CHINA/FABRIQUE EN
CHINE/HECHO EN CHINA

JUMPMAN23.COM    136794-111

4⁵
UK  3.5
EUR 36.5
CM  23.5

EXHIBIT B PAGE 28

**Exhibit C**

