**Exhibit D**



EXHIBIT D Page 30



AIR JORDAN 11 RETRO

GREY/GREY

MADE IN CHINA/FABRIQUE EN
CHINE/HECHO EN CHINA

136046 010

10
UK 9
EUR 44
CM 28

JUMPMAN23.COM

EXHIBIT D  PAGE 23