# Exhibit E

ENG/KOR/SPAN

**Brand Security Corporation**

BUY REPORT NUMBER ____________
수거보고번호
Numero Reporte de Compra 2:38pm

RECEIPT
영 수 증
Recibo

The merchant signing below has knowingly sold counterfeit Nike-07-1128 merchandise and agreed to stop all such sales.
하기서명의 상인은 ____________ 모조상품을 모조품인줄 알고 있었음에도 매각행위를 자행했으나 금후 그러한 매각을 일체 중지할 것에 합의한다.
El mercante firmando abajo con conocimiento ha vendido mercancia falsificada ____________ y acuerda parar todas esas ventas.

The merchant has voluntarily given the following merchandise to the investigator:
하기 상인은 담당조사원에게 하기 상품을 자의로 반납한다.
El mercante voluntariamente ha entregado la siguiente mercancia a el investigador:

| Quanity<br>수량<br>Cantidad | Color<br>색상<br>Color | Description<br>품목<br>Descripcion |
|---|---|---|
| 8 Pairs of Nike Air Force 1 Shoes | | |
| 3 Pairs of Air Jordans | | |

I have knowingly sold counterfeit Nike ____________ merchandise and promise to immediately stop all such sales.
본인은 ____________ 상표모조품을 사전에 알고 있었으면서도 동 모조상품의 매각행위를 해왔었으나, 금후 그러한 상행위를 일체 안할 것을 약속한다.
Con conocimiento he vendido mercancia falsificada ____________ y prometo parar esas ventas inmediatamente.

I have voluntarily surrendered the merchandise listed above.
본인은 상기상품을 일체 자의로 반납을 하는 바이다.
Voluntariamente he entregado la mercancia anotada arriba:

Sean Andre Wofford
Name (Print)
성명(인쇄체로)
Nombre (En letra de Molde)

7-11-07
Date
일시
Fecha
Gear'd Up

C3243556
Driver's License Number
운전면허증 번호
Licencia de Manejar

946 #964 E. Santa Clara Street
Location
장소
Localidad
San Jose, CA

DOB: 3/30/68
Social Security Number
사회복지번호
Numero Seguro Social

Erik Fernandez
Investigator
조사원
Investigador

S. Wofford
Signature
서명
Firma

[signature]
Investigator's Signature
조사원서명
Firma Investigador

E. 34













Case 5:07-cv-05606-JF    Document 11-4    Filed 01/25/2008    Page 9 of 9

