**Exhibit F**

## United States Patent and Trademark Office

Reg. No. 1,277,066
Registered May 8, 1984

## TRADEMARK
Principal Register

# NIKE

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS AND WRISTBANDS, in CLASS 25 (U.S. Cls. 22 and 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Owner of U.S. Reg. Nos. 978,962, 1,214,930 and others.

Ser. No. 361,067, filed Apr. 22, 1982.

DEBORAH S. COHN, Examining Attorney

REGISTERED FOR A TERM OF 20 YEARS FROM    May 8, 1984

COMB. AFF. SEC. 8 & 15



Attest

APR 14 1993

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT, WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN:   Registrant

EXHIBIT    PAGE

First Use Date: 1971-06-18
First Use In Commerce Date: 1971-06-18

Basis: 1(a)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
978962
1214930

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-07-02 - First renewal 10 year

2004-07-02 - Section 8 (10-year) accepted/ Section 9 granted

2004-04-29 - Combined Section 8 (10-year)/Section 9 filed

2004-04-29 - TEAS Section 8 & 9 Received

1990-06-19 - Post Registration action mailed - Section 8

1990-04-18 - Section 8 (6-year) filed

1989-09-09 - Section 8 (6-year) accepted & Section 15 acknowledged

1989-07-07 - Section 8 (6-year) and Section 15 Filed

1984-05-08 - Registered - Principal Register

1984-05-08 - Registered - Principal Register

1984-05-08 - Registered - Principal Register

1984-02-14 - Published for opposition

1984-01-02 - Notice of publication

1983-11-14 - Approved for Pub - Principal Register (Initial exam)

1983-10-26 - Correspondence Received In Law Office

1983-04-25 - Non-final action mailed

ttp://tarr.uspto.gov/servlet/tarr?regser=registration&entry=1277066

**CONTACT INFORMATION**

**Correspondent**
Kenneth M. Kwartler (Attorney of record)

Kenneth M. Kwartler
Nike, Inc.
One Bowerman Drive, DF-4
Beaverton OR 97005

EXHIBIT E PAGE 144    09/09/2004

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,284,385
Registered Jul. 3, 1984

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAME-LY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS AND WRISTBANDS, in CLASS 25 (U.S. Cl. 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Owner of U.S. Reg. Nos. 977,190 and 1,145,473.

Ser. No. 361,065, filed Apr. 22, 1982.

FRANCIE R. GOROWITZ, Examining Attorney

REGISTERED FOR A TERM OF 20 YEARS FROM   Jul. 3, 1984

COMB. AFF. SEC. 8 & 15



Attest

MAY 3 1993

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DIS-CLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN:  Registrant

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-09-09 12:02:09 ET

Serial Number: 73361065 <u>Assignment Information</u>

Registration Number: 1284385 <u>Assignment Information</u>

Mark



Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-08-04

Filing Date: 1982-04-22

Transformed into a National Application: No

Registration Date: 1984-07-03

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -Warehouse (Newington)

Date In Location: 2004-08-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

NIKE, INC.

idress:
KE, INC.
NE BOWERMAN DRIVE
:AVERTON, OR 970056453
ited States
gal Entity Type: Corporation

://tarr.uspto.gov/servlet/tarr?regser=registration&entry=1284385&action=Request+Status          09/09/2004

State or Country of Incorporation: Oregon

## GOODS AND/OR SERVICES

**International Class:** 025
Athletic and Casual Clothing for Men, Women and Children-Namely, Shirts, Pants, Shorts, Jackets, Warm-Up Suits, Swimwear, Tenniswear, Skirts, Sweaters, Underwear, Headwear, Socks and Wristbands
**First Use Date:** 1971-06-18
**First Use in Commerce Date:** 1971-06-18

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
977190
1145473

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-08-04 - First renewal 10 year

2004-08-04 - Section 8 (10-year) accepted/ Section 9 granted

2004-05-28 - Combined Section 8 (10-year)/Section 9 filed

2004-05-28 - Combined Section 8 (10-year)/Section 9 filed

2004-05-28 - TEAS Section 8 & 9 Received

1990-07-02 - Section 8 (6-year) accepted& Section 15 acknowledged

1990-04-18 - Section 8 (6-year) filed

1984-07-03 - Registered - Principal Register

1984-04-10 - Published for opposition

1984-02-22 - Notice of publication

1983-12-07 - Approved for Pub - Principal Register (Initial exam)

1983-10-26 - Correspondence Received In Law Office

1983-04-25 - Non-final action mailed

# CONTACT INFORMATION

**Correspondent**
KENNETH M. KWARTLER (Attorney of record)

KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON OR 97005

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,237,469
Registered May 10, 1983

### TRADEMARK
### Principal Register

REGISTERED FOR A TERM OF 20 YEARS FROM     May 10, 1983



Nike, Inc. (Oregon corporation)
3900 S.W. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS, WRISTBANDS AND HANDWEAR, in CLASS 25 (U.S. Cl. 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190 and 1,153,938.

Ser. No. 361,064, filed Apr. 22, 1982.

M. E. BODSON, Examining Attorney

COMB. AFF. SEC. 8 & 15



Attest

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.  SAID RECORDS SHOW TITLE TO BE IN:  Registrant

MAY  3  1993

OFFICE OF ASSISTANT    MMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia  22202-3513

REGISTRATION NO: 1237469    SERIAL NO: 73361064
REGISTRATION DATE: 05/10/1983
MARK: NIKE AND DESIGN
REGISTRATION OWNER: Nike, Inc.
CORRESPONDENCE ADDRESS:

*Nike and Swoosh Design*

MAILING DATE: 03/31/2003

*US.25*

KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON, OR  97005-6453

APR 0 9 2003

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**********************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

**********************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES): 025.

ROBERSON, FAITH
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6 (9/99)

Thank you for your request. Here are the latest results from the TARR web server. Page 11 of 45

Case 5:07-cv-05606-JF    Document 43    Filed 04/25/2008    Page 11 of 45

This page was generated by the TARR system on 2004-09-09 12:01:09 ET

Serial Number: 73361067 Assignment Information

Registration Number: 1277066 Assignment Information

Mark (words only): NIKE

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-07-02

Filing Date: 1982-04-22

Transformed into a National Application: No

Registration Date: 1984-05-08

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2004-07-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Nike, Inc.

**Address:**
Nike, Inc.
One Bowerman Drive
Beaverton, OR 97005
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Oregon

---

## GOODS AND/OR SERVICES

**International Class:** 025
ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN-NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, (( SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, )) HEADWEAR, SOCKS (( AND WRISTBANDS ))

EXHIBIT E PAGE 61    09/09/2004

Int. Cl.: 25
Prior U.S. Cl.: 22 and 39

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 977,190
Registered Jan. 22, 1974
Renewal Term Begins Jan. 22, 1994

## TRADEMARK
## PRINCIPAL REGISTER



BRS, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 970005453, BY
MERGER AND ASSIGNMENT FROM
BRS, INC. (OREGON CORPORATION)
BEAVERTON, OR

FOR: ATHLETIC SHOES WITH
SPIKES AND ATHLETIC UNIFORMS
FOR USE WITH SUCH SHOES, IN
CLASS 22 (INT. CL. 25).

FIRST USE 6-18-1971; IN COMMERCE
6-18-1971.

FOR: ATHLETIC SHOES WITHOUT
SPIKES AND ATHLETIC UNIFORMS
FOR USE WITH SUCH SHOES, IN
CLASS 39 (INT. CL. 25).

FIRST USE 6-18-1971; IN COMMERCE
6-18-1971.

SER. NO. 72-414,177, FILED 1-31-1972.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 23, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT C PAGE 32

...you for your request. He... ...re the latest results from the TARR web server.

This page was generated by the TARR system on 2004-06-18 12:15:54 ET

**Serial Number:** 72414177 Assignment Information

**Registration Number:** 977190 Assignment Information

**Mark**



**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-03-03

**Filing Date:** 1972-01-31

**Transformed into a National Application:** No

**Registration Date:** 1974-01-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -Warehouse (Newington)

**Date In Location:** 2004-03-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

NIKE, INC.

...ddress:
...KE, INC.
...NE BOWERMAN DRIVE
...AVERTON, OR 970056453
...ited States
...gal Entity Type: Corporation

://tarr.uspto.gov/servlet/tarr?regser=registration&entry=977190

EXHIBIT ___ PAGE ___

## GOODS AND/OR SERVICES

ATHLETIC SHOES WITH SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES
U.S. Class: 022 (International Class 025)
First Use Date: 1971-06-18
First Use in Commerce Date: 1971-06-18

Basis: 1(a)

ATHLETIC SHOES WITHOUT SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES
U.S. Class: 039 (International Class 025)
First Use Date: 1971-06-18
First Use in Commerce Date: 1971-06-18

Basis: 1(a)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-03-03 - Second renewal 10 year

2004-03-03 - Section 8 (10-year) accepted/ Section 9 granted

2004-01-15 - Combined Section 8 (10-year)/Section 9 filed

2004-01-15 - TEAS Section 8 & 9 Received

1993-10-14 - First renewal 10 year

1993-08-30 - Section 9 filed/check record for Section 8

1980-01-21 - Section 8 (6-year) accepted

1981-06-03 - Section 15 acknowledged

## CONTACT INFORMATION

Correspondent
KENNETH M. KWARTLER (Attorney of record)

ttp://tarr.uspto.gov/servlet/tarr?regser=registration&entry=977190

KENNETH M. KOWARTER
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005-6453

Int. Cl.: 25

.Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,571,066
Registered Dec. 12, 1989

### TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: CLOTHING, NAMELY T-SHIRTS, PULLOVERS, SWEATSHIRTS, JACKETS, PANTS, SHORTS AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-14-1987; IN COMMERCE 7-14-1987.
OWNER OF U.S. REG. NOS. 1,284,386, 1,307,123 AND OTHERS.

SER. NO. 799,044, FILED 5-10-1989.

ANNE L. CORNELIUS, EXAMINING ATTOR-NEY

OFFICE OF ASSISTANT
2900 Crystal Drive COMMISSIONER FOR TRADEMARKS
Arlington, Virginia
22202-3513

1860.1963

REGISTRATION NO: 1571066          SERIAL NO: 73799044
REGISTRATION DATE: 12/12/1989
MARK: NIKE AIR AND DESIGN                         MAILING DATE: 02/21/2003
REGISTRATION OWNER: NIKE, INC.
CORRESPONDENCE ADDRESS:

KATHY J. MCKNIGHT
SHAW PITTMAN
2300 N STREET, NW
WASHINGTON, DC 20037-1128

RECEIVED

MAR 0 3 2003

S.P.P.T.

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

**************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

PFOHL, FRANCES A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL                               **DOCKETED**

TMLT6 (9/99)

MAR 0 4 2003

_Renewal due_          12/12/09
Action Due              Due Date

_AM_
Initials

EXHIBIT ___ PAGE 57

Int. Cls.: 18 and 25

Prior U.S. Cls.: 3 and 39

## United States Patent and Trademark Office

Reg. No. 1,742,019
Registered Dec. 22, 1992

### TRADEMARK
#### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: ALL-PURPOSE SPORTS BAGS AND BACKPACKS IN CLASS 18 (U.S. CL. 3).
FIRST USE 1-31-1988; IN COMMERCE 1-31-1988.

FOR: FOOTWEAR AND CLOTHING, NAMELY, PANTS, SHORTS, SHIRTS, T-SHIRTS, SWEATSHIRTS, TANK TOPS, WARM-UP SUITS,

JACKETS, HATS AND CAPS, AND SOCKS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 11-24-1987; IN COMMERCE 11-24-1987.

OWNER OF U.S. REG. NO. 1,558,100 AND OTHERS.

SN 74-000,758, FILED 11-16-1989.

JANICE O'LEAR, EXAMINING ATTORNEY

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 19, 1996

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,742,019 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM December 22, 1992

SAID RECORDS SHOW TITLE TO BE IN:

*NIKE, INC.*

*A OREGON CORPORATION*



By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

A. SANTOS

Certifying Officer

OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia  22202-3513

REGISTRATION NO: 1742019    SERIAL NO: 74000758
REGISTRATION DATE: 12/22/1992
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: NIKE, INC.
CORRESPONDENCE ADDRESS:

MAILING DATE: 03/05/2003

KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DR
BEAVERTON OR  97005-6453

*United States*
*Basketball Player Design*
*Cls. 18, 25*

**MAR 2 0 2003**

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT. 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT. 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
018  025.

MAKEL, RODNEY W
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6 (9/99)

## United States Patent and Trademark Office

Reg. No. 1,875,307
Registered Jan. 24, 1995

### TRADEMARK
### PRINCIPAL REGISTER

## JUST DO IT.

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: CLOTHING, NAMELY T-SHIRTS, SWEATSHIRTS AND CAPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-26-1989; IN COMMERCE 1-26-1989.

SER. NO. 73-829,171, FILED 10-3-1989.

ANIL V. GEORGE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Reg. No. 1,200,529
Registered Jul. 6, 1982

## TRADEMARK
### Principal Register

## SWOOSH

BRS, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Ser. No. 308,697, filed May 4, 1981.

B. C. WASHINGTON, Primary Examiner



No. 1200529

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this sixth day of July, 1982.

COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT L PAGE 23



Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia   22202-3513

REGISTRATION NO: 1200529    SERIAL NO: 73308697
REGISTRATION DATE: 07/06/1982                    MAILING DATE: 03/21/2002
MARK: SWOOSH
REGISTRATION OWNER: NIKE, INC.
CORRESPONDENCE ADDRESS:

KATHY J MCKNIGHT
C/O SHAW PITTMAN LLP
23000 N ST NW
WASHINGTON DC    20037 1128

**RECEIVED**

MAR 2 7 2002

**S.P.P.T.**

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**********************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

**********************************************  *18600.1367*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES): **DOCKETED**
025.

EVERETT, PATRICIA
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

MAR 27 2002

*Renewal 7.6.12*

Action Due ——————  Due Date

Initials

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

TMLT6 (9/99)

EXHIBIT F, PAGE_104



# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Jon W. Dudas*

*Director of the United States Patent and Trademark Office*

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Reg. No. 1,214,930
Registered Nov. 2, 1982

## TRADEMARK
Principal Register

## NIKE

BRS Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 978,952 and 1,153,938.

Ser. No. 302,504, filed Mar. 23, 1981.

ERNEST H. LAND, Primary Examiner

EXHIBIT I PAGE 66



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

March 24, 2003

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,214,930* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *November 02, 1982*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *November 02, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *NIKE, INC.*
   *AN OR CORP*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

E. BORNETT
Certifying Officer

United States Patent and Trademark Office
Amended
Registered July 3, 1984
OG Date Oct. 4, 1988

## TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

OWNER OF U.S. REG. NOS. 978,952,
1,214,930 AND OTHERS.

FOR: FOOTWEAR, IN CLASS 25 (U.S.
CL. 39).

FIRST USE 9-11-1981; IN COMMERCE
2-16-1982.

SER. NO. 368,773, FILED 6-9-1982.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 4, 1988.*



COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT   C PAGE 68



Nº 1284386

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this third day of July, 1984.

COMMISSIONER OF PATENTS AND TRADEMARKS

TRADEMARK OFFICE   AUG - 6 2004

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 1284386     SERIAL NO: 73/368773
REGISTRATION DATE: 07/03/1984
MARK: NIKE AIR AND DESIGN
REGISTRATION OWNER: NIKE, INC.

MAILING DATE: 07/29/2004

CORRESPONDENCE ADDRESS:
KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

# NOTICE OF ACCEPTANCE
## 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

***************************************************

# NOTICE OF RENEWAL
## 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

***************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

GILLIS, BURNIE A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6A (3/2003)

EXHIBIT 1 PAGE 20

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**   Reg. No. **1,307,123**
Registered Nov. 27, 1984

## TRADEMARK
Principal Register

## NIKE AIR

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR AND CUSHIONING ELE-
MENTS FOR FOOTWEAR SOLES, in CLASS 25
(U.S. Cl. 39).
First use Sep. 11, 1981; in commerce Jun. 25, 1982.
Owner of U.S. Reg. Nos. 978,952, 1,153,938 and
1,214,930.

Ser. No. 391,596, filed Sep. 28, 1982.

ERIC WACHSPRESS, Examining Attorney



Nº 1307123

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-seventh day of November, 1984.

COMMISSIONER OF PATENTS AND TRADEMARKS

United States Patent and Trademark Office

Reg. No. 1,323,343
Registered Mar. 5, 1985

## TRADEMARK
Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005, by merger from
BRS, Inc. (Oregon corporation)
Beaverton, Oreg.

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190, 1,145,473 and others.

Ser. No. 304,275, filed Apr. 3, 1981.

PAMELA RASK, Examining Attorney

REGISTRATION NO: 1323343    SERIAL NO: 73/304275
REGISTRATION DATE: 03/05/1985
MARK: MISCELLANEOUS DESIGN *Swoosh Design*
REGISTRATION OWNER: Nike, Inc.
*Matter  13600.1510*
CORRESPONDENCE ADDRESS:

Philip M. Davison
Nike, Inc.
One Bowerman Drive
Beaverton OR 97005

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

MAILING DATE: 03/17/2005

RECEIVED

MAR 2 9 2005

NIKE

# NOTICE OF ACCEPTANCE
## 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*********************************************

# NOTICE OF RENEWAL
## 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*********************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES): 025.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6A (3/2003)

EXHIBIT ___ PAGE 34

United States Patent and Trademark Office

Reg. No. **1,325,938**
Registered Mar. 19, 1985

# TRADEMARK
## Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005, by merger from
BRS, Inc. (Oregon corporation)
Beaverton, Oreg.

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190, 1,153,938 and others.

Ser. No. 302,503, filed Mar. 23, 1981.

ERNEST H. LAND, Examining Attorney

EXHIBIT 2 PAGE 175

Case 5:07-cv-05606-JF    Document 11-5    Filed 01/25/2008    Page 36 of... Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

*U.S.*
*NIKE & SWOOSH Design Cl. 25*

MAY 3 1 2005

REGISTRATION NO: 1325938    SERIAL NO: 73/302503
REGISTRATION DATE: 03/19/1985
MARK: NIKE AND DESIGN    MAILING DATE: 05/03/2005
REGISTRATION OWNER: NIKE, INC.

CORRESPONDENCE ADDRESS:
PHILILP M. DAVISON
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON OR 97005

# NOTICE OF ACCEPTANCE
## 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*************************************************

# NOTICE OF RENEWAL
## 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

CONLEY, JOYCE MARIE
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6B (3/2005)

Prior U.S. Cls.: 22 and 39

# United States Patent and Trademark Office

Reg. No. 1,370,283
Registered Nov. 12, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## AIR JORDAN

NIKE, INC. (OREGON CORPORATION)
3900 S. W. MURRAY BOULEVARD
BEAVERTON, OR. 97005

FOR: FOOTWEAR AND ATHLETIC CLOTH-
ING, NAMELY, SHIRTS, PANTS, SHORTS,
AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 11-28-1984; IN COMMERCE
11-28-1984.

SER. NO. 536,336, FILED 5-7-1985.

TERESA M. RUPP, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

April 19, 1996

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,370,283 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM November 12, 1985
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

NIKE, INC.
A OREGON CORPORATION



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

A. SANTOS
Certifying Officer

EXHIBIT F PAGE 78

Commissioner for Trademarks
P O Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1370283     SERIAL NO: 73/536336
REGISTRATION DATE: 11/12/1985
MARK: AIR JORDAN                                    MAILING DATE: 12/13/2005
REGISTRATION OWNER: NIKE, INC.

CORRESPONDENCE ADDRESS:
KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON OR  97005

# NOTICE OF ACCEPTANCE
## 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**************************************************

# NOTICE OF RENEWAL
## 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

**************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

COPELAND, VICKY LEN
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6C (11/2005)

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,508,348
Registered Oct. 11, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## AIR MAX

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-18-1987; IN COMMERCE 2-18-1987.

SER. NO. 714,272, FILED 3-1-1988.

JERI J. FICKES, EXAMINING ATTORNEY



N⁰ 1508348

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this eleventh day of October, 1988.

Commissioner of Patents and Trademarks

PTO-130

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,558,100
Registered Sep. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR, T-SHIRTS, SHORTS, PULLOVERS, PANTS, WARM-UP SUITS AND TANK TOPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-24-1987; IN COMMERCE 11-24-1987.

SER. NO. 728,115, FILED 5-13-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 19, 1996

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,558,100 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 20 YEARS FROM  September 26, 1989
SAID RECORDS SHOW TITLE TO BE IN:

    NIKE, INC.

    A OREGON CORPORATION



By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,970,902
Registered July 19, 2005

## TRADEMARK
## PRINCIPAL REGISTER

## NIKE SHOX

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-27-2000; IN COMMERCE 10-27-2000.

OWNER OF U.S. REG. NOS. 977,190, 1,323,343, AND OTHERS.

SN 75-918,603, FILED 2-15-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On January 25, 2008, I served on the interested parties in this action with the following:

- NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
- [PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT
  - [PROPOSED] ORDER
- PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR DEFAULT JUDGMENT
- [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT DEFAULT JUDGMENT HEARING

for the following civil action:

<u>Nike, Inc. v. Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her 964 E. Santa Clara St. San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on January 25, 2008, at Glendale, California

_____
Katrina Bartolome