J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Nike, Inc. | Case No. C07-05606 JF |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her and Does 1 through 10, inclusive, | |
| Defendants. | |

WHEREAS Plaintiff Nike, Inc. ("Nike" or "Plaintiff") filed its Notice and Motion For Entry of Default Judgment ("Motion"), seeking entry of default judgment, including a permanent injunction against Defendant Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her ("Defendant");

WHEREAS Plaintiff, having served a copy of its Motion and Proposed Judgment on Defendant on January 25, 2008;

WHEREAS Defendant did not oppose Plaintiff's Motion; and

/ / /

/ / /

/ / /

Nike v. Wofford, et al.: Proposed Order         - 1 -

1  The Court, having read and considered the pleadings, declarations and exhibits on file in this
2  matter and having reviewed such evidence as was presented in support of Plaintiff's Motion, hereby
3  grants Plaintiff's Motion and recommends that the District Court order entry of the Judgment
4  Pursuant to Entry of Default.

IT IS SO ORDERED:

DATED: _____

Hon. Jeremy Fogel
Judge, United States District Court, Northern
District of California

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: _____
   J. Andrew Coombs
   Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On January 25, 2008, I served on the interested parties in this action with the following:

- NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
- [PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT
  - [PROPOSED] ORDER
- PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR DEFAULT JUDGMENT
- [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT DEFAULT JUDGMENT HEARING

for the following civil action:

<u>Nike, Inc. v. Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her<br>964 E. Santa Clara St.<br>San Jose, California 95113 |  |
|---|---|

Place of Mailing: Glendale, California
Executed on January 25, 2008, at Glendale, California

_____
Katrina Bartolome