J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A. P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| Nike, Inc. | ) | Case No. C07-05606 JF |
|---|---|---|
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT FOR DEFAULT JUDGMENT HEARING** |
| v. | ) | |
| Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her and Does 1 through 10, inclusive, | ) | |
| Defendants. | ) | Court: Hon. Jeremy Fogel<br>Date:  March 14, 2008<br>Time:  9:00 a.m. |

On or about January 25, 2008, Plaintiff, Nike, Inc. ("Plaintiff") filed its motion for Default Judgment against Defendant Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her ("Defendant") currently set for hearing on March 14, 2008, at 9:00 a.m., in Courtroom "3" of the United States District Court, Floor 5, in the city of San Jose, State of California.

On or about January 25, 2008, Plaintiff filed and served its Request To Appear

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Telephonically at the Hearing on Motion for Default Judgment. In the interests of efficiency it is hereby ordered that counsel for Plaintiff is to appear telephonically at said date and time.

IT IS SO ORDERED.

Dated:

_____
Hon. Jeremy Fogel
Judge, United States District Court, Northern District of California

Presented By:

J. Andrew Coombs, A Prof. Corp.

By: __/s/ J. Andrew Coombs_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On January 25, 2008, I served on the interested parties in this action with the following:

- NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
- [PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT
  - [PROPOSED] ORDER
- PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR DEFAULT JUDGMENT
- [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT DEFAULT JUDGMENT HEARING

for the following civil action:

<u>Nike, Inc. v. Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Sean Andre Wofford, an individual and d/b/a Geared Up and Geared Up for Her<br>964 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on January 25, 2008, at Glendale, California

_____
Katrina Bartolome