**E-filed 2/11/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

**NIKE, INC.,**                                                    No. C-07-5606-JF
    **Plaintiff,**

    **v.**                                                         Clerks's Notice

**SEAN ANDRE WOFFORD,**

    **Defendant.**
_____

To: All Counsel and Parties in the above named action.

Judge Fogel will be unavailable on March 14, 2008, therefore the Court has rescheduled the Motion to Enter Default Judgment currently scheduled for March 14, 2008. The new hearing date is Friday, March 21, 2008 at 9:00 AM, before Judge Jeremy Fogel. The Case Management Conference currently scheduled for March 7, 2008 will be continued to March 21, 2008.  The parties are directed to contact Court Call at 866-582-6878 to reschedule telephonic appearance.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 2/11/08                               For the Court,
                                          Richard W. Wieking, Clerk

                                          Diana Munz
                                          electronic signature
                                          Courtroom Deputy