IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEAN ANDRE WOFFORD, an individual and d/b/a Geared Up and Geared Up for Her and Does 1 through 10, inclusive, <br><br> Defendants. | Case Number CV 07-05606 JF <br><br> ORDER[1] GRANTING MOTION FOR DEFAULT JUDGMENT <br><br> [Doc. No. 11] |

Plaintiff Nike, Inc. ("Nike") filed the present action on November 5, 2007, alleging that Defendant Sean Andre Wofford ("Wofford"), individually and doing business as Geared Up and Geared Up for Her, engaged in the willful sale of unlicensed and counterfeit products bearing Nike's exclusive trademarks. Proof of service was filed on December 11, 2007. The clerk entered Wofford's default on December 18, 2007. On January 23, 2008, Nike filed the instant application for default judgment, seeking statutory damages in the amount of $125,000, post-judgment interest, and entry of a permanent injunction prohibiting Wofford and his representatives from further infringement of Nike's trademarks. Wofford has not filed

---

[1] This disposition is not designated for publication and may not be cited.

Case No. CV-07-05606 JF
ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
(JFEX2)

1  opposition or otherwise appeared in the action.

2      Rule 55(b)(2) of the Federal Rules of Civil Procedure requires a Plaintiff seeking a
3  default judgment to show the following: (1) when and against which party default was entered;
4  (2) the identification of the pleading to which default was entered; (3) whether the defaulting
5  party is an infant or incompetent person, and if so, whether that person is adequately represented;
6  (4) that the Soldiers' and Sailors' Civil Relief Act of 1940 does not apply; and (5) that notice of
7  the application has been served on the defaulting party, if required.

8      Nike's application for default judgment complies with the requirements of Fed. R. Civ. P.
9  55(b)(2), as evidenced in the declarations of Heather Holdridge, David W. Simpson, and Annie
10 Wang. Good cause having been shown, and without opposition, the application for default
11 judgment in the amount of $125,000, plus post-judgment interest pursuant to 28 U.S.C. §
12 1961(a), is hereby GRANTED. The request for permanent injunction is GRANTED.

13

14 IT IS SO ORDERED.

15

16 DATED: March 20, 2008

17

18                                      JEREMY FOGEL
                                     United States District Judge

2

Case No. CV-07-05606 JF
ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
(JFEX2)

1  This Order has been served upon the following persons:

2  Counsel for Plaintiff

3  J. Andrew Coombs
   *J. Andrew Coombs, A.P.C.*
4  andy@coombspc.com

5

   Counsel for Defendants
6
   Sean Andre Wofford
7  *Pro Se*
   964 E. Santa Clara Street
8  San Jose, CA 95113

3

Case No. CV-07-05606 JF
ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
(JFEX2)