**\*\*E-filed 3/20/08\*\***

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**SEAN ANDRE WOFFORD,**

    **Plaintiff,**

     **v.**

**NIKE, INC.,**

    **Defendant.**
_____

**No. C-07-5606-JF**

**Clerks's Notice**

**To: All Counsel and Parties in the above named action.**

**The Court has made a ruling on the Motion for Entry of Default Judgment currently scheduled for March 21, 2008. The hearings scheduled for March 21, 2008 have been vacated, no appearance is required at that time. A written ruling will be available on the Electronic Docket.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 3/20/08**             **For the Court,**
                              **Richard W. Wieking, Clerk**

                              **Diana Munz**
                              **electronic signature**
                              **Courtroom Deputy**